In the Matter of the Judicial Settlement of the Estate of
WILLIAM N. EASTABROOK, Deceased

VIOLA M. EASTABROOK, as Executrix, Appellant,
CHARLES F. BULLARD, Respondent.

*Matter of Eastabrook*, 169 App. Div. 903, affirmed.
(Argued February 22, 1916; decided March 7, 1916.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
May 11, 1915, which affirmed a decree of the Chemung
County Surrogate's Court allowing the claim of Charles
F. Bullard against the estate of William N. Eastabrook,
deceased. The claim was for contribution and was based
upon the respective rights and obligations of two indorsers
on a promissory note.

*David N. Heller* and *Herschel L. Gardner* for
appellant.

*Frank C. Ogden* for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, CUDDE-
BACK, COLLIN, CARDOZO, SEABURY and POUND, JJ.